상 가  임 차  계 약 서  ①

임대인과 임차인은 다음 내용과 같이 임대계약을
체결 한다

1. 임대 할 부동산
   상호 : KALA KAUA  MARKET
   소재지 : 1705 KALA KAUA  AVE  HONOLULU  HI 96

2. 계약 내용
   ① 부동산의 임대에 있어 임차인은  임대 대금을 아래와 같이
   지불한다,

   보증금   $ 40,000
   계약금   $ 13,000 을 10 월 28일 03년 에 지불하고
   잔금     $ 27,000 을 11 월 15 일 03년 까지 지불 한다
   월세     $ 1,100 을  매 천 오일 까기 거급한다.

   ② 임대인은 위 부동산을  임대차 목적대로 사용할수 있는
   상태로 하여 11 월 15 2003 임 차인 에게 인도 하여
   임대차 기간은 인도 하고 부터 1년으로 한다.

   ③ 임대차 기 계약 기간이 내 사정으로 매약이 되비
   된 경우 임대인은 임 차인 으로부터 받은 보증금을
   100 % 돌 린다.
   임차인 은 임대인의 동의 없이 부동산의 용도나 구조등을 변경
   임대 임차권 양도 담보 제공을 하리 못하여 임대차
   목적 이외의 용도로 사용할수 없다.

EXHIBIT ___"A"

...에서 인도시 ... 부과되는 공과금 ( 관리비 가게에
변형된 재산권이 됨 )을 부담하고 이후는 임차인이 부담한다.

특히 하여 ( 인테리어, 장비 ) 임대 ... 에게 동의주어 임대인은
보증금을 반환한다.

인테리어
장비        11월 ... 1 2003년 전까지        $ 38,000

①          ⑧ 15        "2"        ⑨ 13,000  11/5
                                      7,000  11/30
EXHIBIT ____                          5,000  12/30

ㄴ. 이때 우측면 10위이상 부도 처리( )의 됫결우 임대계약을
파기되며 임차인은 보증금 포기하고 부동산을 임대인에게
돌려권다.

ㅇ. 여거 가이선으로 막단 당사명우 · 임대 계약을 파기되며
임차 ... 은 보증금을 포기하고 부동산을 임대인 에게 돌려권다.

㋁ ㅇ 때 기간 중 에 ~~~~ 의게에서 운영상 발생 되는
모든 일에 대하여 임차인이 책임권다.

㋒ 임차인이 임대인에게 잔금을 지불하기 전 까지
임대인은 계약금의 1.5 배로 배상하고

~~임차인을 계약금을 포기함으로써~~

~~이계약 은 해제 할수 있다~~.

본계약을 증명하게 위하여   계 약 당 사라가   이의 없음을.
확인하고  각자 서명 날인한다
                        년      월      일

임대인   성명      조   ㅊ  호      SACKEE CHP    서명 조칠호  Chil Mo Cho
         주소      612 56   게91    WA-항

         ㅈ 소

임 차인   성명   SUKI. Y Trantina
          주   155.  58. 0023
          ㅈ소                                    날인

양주 small.

2.19×4  5병                          = 19.71

2.49×6 +4 +12 +6 +7  2.49×3 = 답 82.17

3.49×3                          은  10.47

1.99×4 +8 +7 +2 +3 +2           =  51.74

3.29×6                          =  19.74

2.59×5                          = 12.95

2.29×9.                          = 20.61

2.99×1                          = 2.99

2.89×8 + 3.                      = 31.79

3.39×4 +7                        = 26.29

2.29×8                          = 18.32

2.99×6  +2 +1                    ~ ~~ ~

③

② 온라인은 임대인의 신용( Credit)에 손상을 입힌 경우
∴ 모든 책임은 거의 전액 보상 받다.
a. 기게 수리로 가게 손영 더 타 홍도로 받처받무 없다

PAUL A TRANTINA
5031 KIDD ST
HONOLULU    HI 96818-0000

EXHIBIT

| | | |
|---|---|---|
| 6.99 x 1 . +12 +2 +3 +3 +4 | 6.99 x 25 | = 174.75 |
| 20.69 x 6 | 20.69 x 6 | = 124.14. |
| 14.09 x 3 | 14.09 x 3 | = 42.27 |
| 13.99 x 2 +6 | 13.99 x 8 | = 111.92 |
| 8.99 x 11 & 22 | 8.99 x 33 | = 296.67 |
| 9.99 x 10 +6 +2 +5 | 9.99 x 23 | = 229.77 |
| 14.79 x 4 +1 | 14.79 x 5 | = 73.95 |
| 10.99 x 3 + 2 +2 +1 +2 +2 +1 | 10.99 x 13 | = 142.87 |
| 6.59 x 4 | 6.59 x 4. | = 26.36 |
| 7.99 x 3 +4 +11 +1. | 7.99 x 19 | = 151.81 |
| 9.19 x 2 | 9.19 x 2 | = 18.38 |
| 11.99 x 6 +2 +2 | 11.99 x 10 | = 119.90 |
| 9.89 x 1 | 9.89 x 1. | = 9.89 |
| 16.99 x 2 + 4 +3 | 16.99 x 9 | = 152.91 |
| 5.99 x 4 | 5.99 x 4. | = 23.96 |
| 3.99 x 5 | 3.99 x 5 | = 19.95 |
| 8.19 x 2 | 8.19 x 2 | = 16.38 |
| 7.59 x 2 | 7.59 x 2 | = 15.18 |
| 2.29 x 10 | 2.29 x 10 | = 22.90 |
| 14.99 x 3 | | 44.97 |
| 17.99 x 8 | | 143.92 |
| 33.94 x 9 | . 237.93 | |
| 25.99 x 3 | 77.97 | |
| 19.99 x 3 | 59.97 | |
| 8.89 x 7 | 62.23 | = 3094.15 |

$3.49 \times 3$         $= 10.47$

$1.99 \times 4 + 8 + 7 + 2 + 3 + 2$    $= 51.74$

$3.29 \times 6$         $= 19.74$

$2.59 \times 5$         $= 12.95$

$2.29 \times 9$         $= 20.61$

$2.99 \times 1$         $= 2.99$

$2.89 \times 8 + 3$      $= 31.79$

$2.39 \times 4 + 7$      $= 26.29$

$2.29 \times 8$         $= 18.32$

$3.99 \times 6 + 3 + 2$    $= 43.89$

$4.29 \times 5 + 4$      $= 38.61$

$2.99 \times 5 + 1 + 1$    $= 20.P3$

$1.99 \times 4$         $= 7.P6$

$4.99 \times 1$         $= 4.PP$

$4.79 \times 7$         $= 33.C3$

$3.99 \times 2 + 1 + 9.9 + 4 + 2 (3 + 2)$   $= 99.3$

$2.99 \times 2 + 2 + 3$    $= 20.P3$

FROM :                                    FAX NO. :                          Jun. 14 2004 10:00AM  P1

OB7 Small.

2.19×4  +5                              = 19.71

2.49×4  +4 +12 +6 +7  2.49×3 = ~~79.74~~  82.17

3.49×3                                  ~~£~~  10.47

1.99×4 +8 +7 +2 +3 +2                   = 51.74

~~7#~~ 3.29×6                           = 19.74

2.59×5                                  = 12.95

2.29×9.                                 = 20.61

2.99×1                                  = 2.99

2.89×8  + 3.                            = 31.79

]~~.89~~  ↑ ]7                          = ~~16.19~~ 26.19

1.20×8                                  = 18.32

3.99× 6  +3 +~~2~~                      = 43.89

4.29×5 + 4.                             = 38.61

2.99× 5 +4.4                            = 20.83

~~#6~~ 1.99×4.                          = 2.86

4.99×1                                  = 4.99

4.79×7                                  = 33.53

3.99×~~2~~ +4 ~~+9.14~~ +4+2 +3+2       = ~~79.23~~ ~~#7~~ 99.3

2.99×2 +2 +3.                           = 20.83

3.49×2 +1                              = 10.83

2.29×2                                  = 4.78

1.99×2 +4 +8 +2 +3 +4 +2                43.78

.69× 24                                 16.56

1.59×2                                  3.18

1.89×2                                  3.78