IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 04-00037 JMS-01 |
| ) | CR. NO. 05-00097 JMS-01 |
| vs. ) | |
| ) | |
| CHUL HO CHO, ) | |
| dba "Kalakaua Market", ) | |
| ) | |
| Defendant. ) | CERTIFICATE OF SERVICE |
| ) | |
| ) | Sentencing Date: June 26, 2006 |
| ) | Time: 3:00 p.m. |
| ) | Judge: J. Michael Seabright |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a file-stamped copy of the foregoing document was mailed by United States Mail, postage prepaid, or by hand delivery on the ___29___ day of March, 2006, to the following parties at their last known address:

**MICHAEL K. KAWAHARA**
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

**MONA L. GODINET**
United States Probation Officer
UNITED STATES DISTRICT COURT PROBATION DEPT.
PJKK Federal Building, #C-110
300 Ala Moana Blvd.
Honolulu, HI 96821

2

DATED:  Honolulu, Hawaii, March 29, 2006.

OF COUNSEL:
KIUCHI & NAKAMOTO                BY: *[signature: Keith M. Kiuchi]*
                                 KEITH M. KIUCHI
                                 Attorneys for Defendant CHUL HO CHO