ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 21 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

EDWARD H. KUBO, JR.   (2499)
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   (2286)
Assistant U.S. Attorney

MICHAEL K. KAWAHARA   (1460)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHUL HO CHO, doing business as "Kalakaua Market",<br><br>　　　　　Defendant. | CR. NO. 04-0037 JMS<br>CR. NO. 05-0097 JMS<br><br>FINAL ORDER OF FORFEITURE |

FINAL ORDER OF FORFEITURE

WHEREAS, on March 8, 2005, this Court entered a Preliminary Order of Forfeiture, ordering defendant CHUL HO CHO to forfeit his interest in the following properties:

| Item#: | Evidence Description of drug paraphernalia: |
|---|---|
| 1 | 28 bundles of plastic ziplock bags containing other ziplock packets |
| 2 | 29 bundles of plastic ziplock bags containing other ziplock packets |
| 3 | 56 bundles of plastic ziplock bags containing other ziplock packets |
| 4 | 37 bundles of plastic ziplock bags containing other ziplock packets |
| 5 | 29 bundles of plastic ziplock bags containing other ziplock packets |
| 6 | 49 bundles of plastic ziplock bags containing other ziplock packets |
| 7 | 51 bundles of plastic ziplock bags containing other ziplock packets |
| 8 | 7 bundles of plastic ziplock bags containing other ziplock packets |
| 9 | 31 bundles of plastic ziplock bags containing other ziplock packets |
| 10 | 16 bundles of plastic ziplock bags containing other ziplock packets |
| 11 | 4 bundles of plastic ziplock bags containing other ziplock packets |
| 12 | 19 bundles of plastic ziplock bags containing other ziplock packets |
| 13 | 20 bundles of plastic ziplock bags containing other ziplock packets |
| 14 | 11 bundles of plastic ziplock bags containing other ziplock packets |
| 15 | 12 bundles of plastic ziplock bags containing other ziplock packets |

| | |
|---|---|
| 16 | 6 bundles of plastic ziplock bags containing other ziplock packets |
| 17 | 4 bundles of plastic ziplock bags containing other ziplock packets |
| 18 | 3 bundles of plastic ziplock bags containing other ziplock packets |
| 19 | 19 bundles of plastic ziplock bags containing other ziplock packets |
| 20 | 20 sealed bags of brass screens |
| 21 | 14 bundles of plastic ziplock bags containing other ziplock packets |
| 22 | 31 torch lighters |
| 23 | 40 torch lighters |
| 24 | 11 torch lighters |
| 25 | 2 mechanical scales |
| 26 | 2 mechanical scales |
| 27 | 4 digital/electric scales |
| 28 | 1 torch lighter |
| 30 | 213 glass pipes |
| 31 | 59 glass pipes |
| 32 | 31 glass pipes |
| 33 | 30 copper mesh filters |
| 34 | 10 key chain pipes |
| 35 | 12 plastic dispensers |
| 36 | 6 glass bottles with attached plastic spoons |
| 37 | 1 plastic shredder |
| 38 | 17 clip holders |

| Evidence Item#: | Description of drug paraphernalia: |
|---|---|
| 39 | 69 glass vials |
| 40 | 15 water pipes |
| 41 | 86 pipes |
| 42 | 11 pipes |
| 43 | 3 torch lighters |
| 44 | Miscellaneous pipe fittings |

(hereinafter collectively referred to as the "Subject Properties"); and

WHEREAS, the United States caused to be published in the Honolulu Star-Bulletin, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the Subject Properties in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the Subject Properties; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant CHUL HO CHO had an interest in the Subject Properties that is subject to forfeiture pursuant to 21 U.S.C. § 863(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Properties are hereby forfeited to the

United States of America pursuant to 21 U.S.C. § 863(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Properties described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

IT IS FURTHER ORDERED that any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, and the proceeds from the sale of any forfeited properties, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited properties, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Assets Forfeiture Fund in accordance with law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

DATED: August 21, 2006 at Honolulu, Hawaii.

_____
UNITED STATES DISTRICT JUDGE

USA v. Chul Ho Cho
Cr. No. 04-0037 JMS, Cr. No. 05-0097 JMS
"Final Order of Forfeiture"