PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 19

at 3 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

# United States District Court

## for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: CHUL HO CHO,    Case Numbers: CR 04-00037JMS-01
                dba Kalakaua Market                              CR 05-00097JMS-01

Name of Sentencing Judicial Officer: The Honorable J. Michael Seabright
                                                      U.S. District Judge

Date of Original Sentence: 8/21/2006

Original Offense:   Count 1 of Criminal No. CR 04-00037JMS-01: UNLAWFUL SALE OF DRUG PARAPHERNALIA, in violation of 21 U.S.C. § 863(a) and 18 U.S.C. § 2, a Class E felony

Count 1 of Criminal No. CR 05-00097JMS-01: OFFERING DRUG PARAPHERNALIA FOR SALE, in violation of 21 U.S.C. § 863(a) and 18 U.S.C. § 2, a Class E felony

Count 2 of Criminal No. CR 05-00097JMS-01: CRIMINAL FORFEITURE, in violation of 21 U.S.C. § 863(c)

Original Sentence:   Three (3) years of probation as to each of Count 1 in Criminal No. CR 04-00037JMS-01 and Count 1 in Criminal No. CR 05-00097JMS-01, with both terms to be served concurrently. The following special conditions were ordered in each case: 1) That the defendant serve 6 months of home detention with electronic monitoring as arranged by the Probation Office. During this time, the defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office; 2) That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information

Prob 12B
(7/93)

2

to include submitting to periodic debtor's examinations as directed by the Probation Office; and 3) That the defendant submit to removal proceedings, including deportation or exclusion as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization. The Court also ordered that the total fine of $5,000 (in CR 04-00037JMS-01 and CR 05-00097JMS-01) is due immediately and any remaining balance be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

Type of Supervision: Probation             Date Supervision Commenced: 8/21/2006

## PETITIONING THE COURT

[✓]   To modify the conditions of supervision as follows:

General Condition: That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.

Special Condition No. 4: That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

## CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. Standard Condition No. 7 | On 9/12/2006, the subject possessed paraphernalia related to a controlled substance. |

On 8/21/2006, the subject commenced his concurrent terms of probation. On the same date, a probation officer reviewed the conditions of probation with the subject, who acknowledged understanding all of the conditions. In addition, the subject's defense counsel, Mary Shin, informed the probation officer that all of the conditions of probation had been translated to the subject in Korean by an interpreter during sentencing.

Prob 12B
(7/93)

3

    On 9/12/2006, during an unannounced home inspection, this officer discovered in plain view a used pipe with some ash residue in a small room next to the kitchen. A plastic lighter was lying next to the pipe. The pipe is of the type that is commonly used to smoke marijuana, and another probation officer that was present identified the smell of burnt marijuana from the bowl of the pipe. When questioned about the pipe, the subject indicated that he did not know anything about the pipe, although he is the only resident of the house at this time. Subsequent tests were not able to identify the burnt remnants in the pipe.

    The subject was verbally reprimanded for possessing the pipe. He was also asked if he would consent to modifications to his conditions of probation, in order to permit drug testing on a random basis and to allow the Probation Office to direct him if necessary to participate in a substance abuse treatment program. On 9/13/2006, the subject agreed to the modifications, although he continued to deny any knowledge of the pipe's origin.

    Attached is a signed Waiver of Hearing to Modify Conditions of Probation. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of probation. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modifications and have no objections to the modifications.

                                                                             Respectfully submitted by,

                                                                             J. MARTIN ROMUALDEZ
                                                                             U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 9/15/2006

Prob 12B
(7/93)

4

## THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] Other

                                     *J. Michael Seabright* (signature)
                                     J. MICHAEL SEABRIGHT
                                     U.S. District Judge

                                     September 15, 2006
                                     Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

General Condition   That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.

4)   That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

Witness: *J. MARTIN ROMUALDEZ*
U.S. Probation Officer

Signed: *CHUL HO CHO*, dba Kalakaua Market
Probationer

9-13-2006
Date